

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-12-00646-CV

**IN RE** Guillermo **BENAVIDEZ**, Z. Sonia Benavides, and Beyondo Co., LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   December 14, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On October 8, 2012, Relators Guillermo Benavides, Z. Sonia Benavides, and Beyondo Co., LLC filed a petition for writ of mandamus. The court has considered the relators' petition, the real parties in interests response, and the relators' reply and determined that the relators are not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CV-F000997-D1, styled *Manuel A. Benavides, Individually and on Behalf of G.M. Rentals, Ltd. v. Guillermo Benavides, Jr.,* et al., pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.